ORIGINAL

**FILED**

11/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0001

_____

CHUCK SEIBERT and CHRISTINE SEIBERT,

    Plaintiffs,

v.

GREG JONER and KIMBERLY JONER, d/b/a
COUNTRY ROAD BUILDERS,

    Defendants.

ORDER

**FILED**

NOV 1 5 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

Christine Seibert, representing herself, has requested to disqualify the Honorable John Mercer from presiding in Cause No. DV-21-01 in the Twentieth Judicial District Court, Sanders County, pursuant to § 3-1-805, MCA.

The basis for the affidavit appears to be Seibert's disagreement with rulings Judge Mercer made in this matter. However, § 3-1-805(1)(b), MCA, provides that an affidavit cannot be based solely on rulings in the case which can be addressed on appeal.

IT IS THEREFORE ORDERED that the motion to disqualify Judge Mercer is VOID and thereby DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Sanders County for notification to all parties in Cause No. DV-21-01 and to the Honorable John Mercer.

DATED this 15th day of November, 2024.

For the Court,

By _____
             Chief Justice